**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

## 07 - CV - 01195-BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers**
**sent to the court in this action. Failure to include this number**
**may result in a delay in the consideration of your claims.)**

DANIEL DESHAWN LANE,

      Plaintiff,

v.

EL PASO COUNTY SHERIFF OFFICE,
EL PASO COUNTY DISTRICT ATTORNEY OFFICE,
STATE OF COLORADO 4TH JUDICIAL DISTRICT COURT, and
DANIEL AUGUST,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint. As part of the court's review

pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Plaintiff will be

directed to cure the following if he wishes to pursue his claims. Any papers which the

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit
(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month
           period immediately preceding this filing (Account statement submitted is

Dockets.Justia.com

<u>not certified by a prison official and does not cover the entire 6-month period</u>.)

(4)  \_\_\_  is missing required financial information
(5)  \_\_\_  is missing an original signature by the prisoner
(6)  \_\_\_  is not on proper form (must use the court's current form)
(7)  \_\_\_  names in caption do not match names in caption of complaint, petition or habeas application
(8)  \_\_\_  An original and a copy have not been received by the court. Only an original has been received.
(9)  \_\_\_  other _____

**Complaint, Petition or Application**:

(10)  \_\_\_  is not submitted
(11)  \_\_\_  is not on proper form (must use the court's current form)
(12)  \_\_\_  is missing an original signature by the prisoner
(13)  \_\_\_  is missing page nos. \_\_\_
(14)  \_\_\_  uses et al. instead of listing all parties in caption
(15)  \_\_\_  An original and a copy have not been received by the court. Only an original has been received.
(16)  \_\_\_  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  \_\_\_  names in caption do not match names in text
(18)  \_\_\_  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___7th___ day of ___June___, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 01195 -BNB

Daniel Deshawn Lane
Prisoner No. A0245748
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/7/07

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk